UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------- X

TITO ROLLINS,

                                             Plaintiff,

                 -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
OFFICER MELENDEZ, 77TH Precinct, NEW YORK CITY
POLICE DETECTIVE JOHN DOE, 77th Precinct, NEW
YORK CITY POLICE OFFICER, JANE DOE, 77th Precinct,

                                      Defendants.

-------------------------------------------------------------------------------- X

**STIPULATION AND
ORDER OF DISMISSAL**

15 CV 3154 (FB) (CLP)

         **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

         **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

         1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2016

VICTOR  BROWN                                          ZACHARY W. CARTER
*Attorney for Plaintiff*                                      Corporation Counsel of the
11 Park Place                                                 City of New York
New York, NY 10007                                       *Attorney for Defendants City of New York*
                                                                        *and Melendez*
                                                                     100 Church Street, 3rd Floor
                                                                     New York, New York 10007

By: _____          By: _____
        Victor  Brown
        *Attorney for Plaintiff*                                Paul H. Johnson
                                                                     *Assistant Corporation Counsel*

                                                                     SO ORDERED:


                                                                     _____
                                                                     HON. Cheryl L. Pollack
                                                                     UNITED STATES Magistrate Judge

                                                                     Dated: _____, 2016

2